UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC, <br><br> Defendant. | Case No.  25-cv-10925-RFL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the

Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to 25-cv-

10828-HSG *SVV Technology Innovations Inc. v. ASUSTeK Computer Inc.*

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____

RITA F. LIN
United States District Judge