United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SVV Technology Innovations Inc. ,

Plaintiff(s),

v.

ASUS Computer Inc.           ,

Defendant(s).

Case No. 4:25-cv-10925-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, /s/ Eric A. Buresh         , an active member in good standing of the bar of Kansas                          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ASUS Computer Inc.           in the above-entitled action. My local co-counsel in this case is Phillip John Haack           , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 262060              .

Erise IP, P.A.
7015 College Blvd, Ste 700, Overland Park KS 66211
MY ADDRESS OF RECORD

913-777-5600
MY TELEPHONE # OF RECORD

eric.buresh@eriseip.com
MY EMAIL ADDRESS OF RECORD

548 Market St., Ste 36117, San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-360-2517
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

phaack@martonribera.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 19895         .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1       times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/11/2026

/s/ Eric A. Buresh
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Eric A. Buresh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   2/11/2026

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 29, 2000,

## Eric Allan Buresh

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 3rd day of December, 2025.

Active Status

_Douglas T. Shima_

_____

*Clerk of the Supreme Court of Kansas*